No. P66/90.—Baar & Beards, Inc., et al. *v.* United States, protests 65/3747, etc. (New York).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

### BEFORE THE FIRST DIVISION, JUNE 9, 1966

No. P66/91.—T. Cohn, Inc., Lang & Marshall, Inc., et al. *v.* United States, protests 61/22360, etc. (New York).

No. P66/92.—J. Cohn, Inc., and Inter Maritime Fwdg. Co., Inc., et al. *v.* United States, protests 64/15798, etc. (New York).

Oliver, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

No. P66/93.—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 65/3019, etc. (New York).

Oliver, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of *Canton Son, Inc.* v. *United States* (48 Cust. Ct. 398, Abstract 66652), the claim of the plaintiffs was sustained.

No. P66/94.—J. E. Bernard & Co., Inc. *v.* United States, protest 62/6523–12702 (Chicago).

Nichols, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.